## DUANE CHAIR COMPANY v. JACKSON.

EVANS, P. J. No error of law is complained of, and the evidence is sufficient to support the verdict. *Judgment affirmed. All the Justices concur.*
OCTOBER 15, 1913.

Action for damages. Before Judge Fite. Whitfield superior court. January 5, 1913.

*Maddox, McCamy & Shumate,* for plaintiff in error.
*George G. Glenn* and *M. C. Tarver,* contra.